No. 881. WARKENTIN v. SCHLOTFELDT, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION. April 25, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles P. Schwartz* for petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for respondent.

No. 889. FLORENCE ET AL. v. CRUMMER. April 25. 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. William Lipscomb, Charles L. Black,* and *Ireland Graves* for petitioners. *Messrs. Dexter Hamilton* and *Blatchford Downing* for respondent.

No. 893. R. J. REYNOLDS TOBACCO Co. v. ROBERTSON, COLLECTOR OF INTERNAL REVENUE. April 25, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Alexander. H. Sands* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Lee A. Jackson* for respondent.

No. 910. ARMSTRONG ET AL. v. VIRGINIA IRON, COAL & COKE Co. April 25, 1938. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *Mr. William H. Werth* for petitioners. *Mr. Lewis A. Nuckols* for respondent.

Nos. 917 and 918. BERGSON v. FIDELITY-PHILADELPHIA TRUST Co., TRUSTEE. April 25, 1938. Petitions for